■ TODD LAIRD, Respondent, v PBS HOSPITALITY, INC., Appellant, and CHAMPION OF GENEVA, LLC, et al., Respondents. [974 NYS2d 841]—Appeal from an order of the Supreme Court, Ontario County (Craig J. Doran, A.J.), entered January 7, 2013. The order, among other things, denied in part the motion of defendant PBS Hospitality, Inc. for summary judgment dismissing the complaint and all cross claims against it.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on October 21, 2013,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Scudder, P.J., Fahey, Peradotto, Lindley and Valentino, JJ.